UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SINA ESMAELI #A246-792-070 | CASE NO. 1:25-cv-1211 SEC P |
| -vs- | JUDGE DRELL |
| PAMELA BONDI ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

### O R D E R

The Motion by Sina Esmaeli (Doc. 15) is **DENIED**. The case was closed by judgment of November 6, 2025. This Court had no jurisdiction to consider his demands. It still does not.

THUS DONE AND SIGNED at Alexandria, Louisiana this 17th day of November 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT